IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 13 B 08868 |
| NABIL Z. ABADEER, ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |
| ) | Honorable Judge Carol A. Doyle |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 26, 2014, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached **MOTION FOR ENTRY OF FINAL DECREE,** will be heard before the Honorable Carol A. Doyle, Bankruptcy Judge at 219 S. Dearborn, Room 742, Chicago, Illinois, or before any other bankruptcy Judge sitting in her stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 13 B 08868 |
| NABIL Z. ABADEER, ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |
| ) | Honorable Judge Carol A. Doyle |
| ) | |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Reorganized Debtor, **NABIL Z. ABADEER.** by his attorneys PAUL M. BACH and PENELOPE N. BACH, Of Counsel to Sulaiman Law Group, Ltd., and ask this Honorable Court to enter a Final Decree closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 and/or reopening this case to enter a Discharge. In support thereof, the Reorganized Debtor states as follows:

1. On March 6, 2013, the Debtors filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On February 26, 2014, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, **NABIL Z. ABADEER**, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

> Respectively Submitted,
> **NABIL Z. ABADEER**
>
> By: /s/ Paul M. Bach

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com